HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
JASON VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:19-PO-00203-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUE CONFERENCE |
| v. | ) |
| | ) DATE: October 30, 2019 |
| JASON VALENZUELA, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through STEPHEN CODY, Special Assistant U.S. Attorney, and defendant JASON VALENZUELA by and through his counsel, LINDA C. ALLISON, Assistant Federal Defender, that the status conference set for September 18, 2019 be continued to October 30, 2019 at 9:00 a.m.

The continuance is requested to accommodate the schedule of defense counsel who is currently out of the country. Counsel needs additional time review discovery and to consult with her client concerning plea negotiations. The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 30, 2019 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 16, 2019     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
JASON VALENZUELA

DATED: September 16, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ *Stephen Cody*
STEPHEN CODY
Special Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, September 18, 2019 up to and including October 30, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further

| | |
|---|---|
| 1 | ordered that the September 18, 2019 status conference shall be continued until October 30, 2019, |
| 2 | at 9:00 a.m. |
| 3 | Dated: September 16, 2019 |

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE